IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

      **v.**          **Criminal NO. 07-50033-003**

**FRANCISCO PERALTA**                                                                  **DEFENDANT**

### O R D E R

Now on this 7th day of September, 2007, comes on for consideration the government's **Motion To Dismiss** (document #59), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and the Indictment against Francisco Peralta in this matter is hereby **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**